IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABD AL RAHMAN ABDULLAH AL HALMANDY, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, President of the United States, *et al.*, <br><br> Respondents. | Civil Action No. 05-CV-2385 (RMU) |
| FAHD UMAR ABDULMAJID AL SHAREEF, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, President of the United States, *et al.*, <br><br> Respondents. | Civil Action No. 05-CV-2458 (RWR) |

### NOTICE OF MULTIPLE PETITIONS FILED BY GUANTANAMO BAY DETAINEE

Pursuant to the request of the Chambers of Chief Judge Hogan, respondents hereby notify the Court that Guantanamo Bay Detainee ISN 215 has filed petitions for writ of habeas corpus in each of the above-captioned cases. Detainee ISN 215 has filed petitions as Sultan Al Shareef in <u>Al Halmandy v. Bush</u>, No. 05-CV-2385 (RMU), and as Fahd Umar Abdulmajid Al Shareef in <u>Al Shareef v. Bush</u>, No. 05-CV-2458 (RWR).

Dated: February 16, 2006     Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

    /s/ Preeya M. Noronha
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
MARC A. PEREZ
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents