**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MOHABAT KHAN, <br><br> Petitioner, <br><br> v. <br><br> GEORGE W. BUSH, <br> President of the United States, *et al.*, <br><br> Respondents. | Civil Action No. 05-1010 (RJL) |
| MOHAMMED RAJEB ABU GHANEM, <br><br> Petitioner, <br><br> v. <br><br> GEORGE W. BUSH, <br> President of the United States, *et al.*, <br><br> Respondents. | Civil Action No. 05-1638 (CKK) |
| MOHAMMED AL-QAHTANI,, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, <br> President of the United States, *et al.*, <br><br> Respondents. | Civil Action No. 05-1971 (RMC) |

|  |  |  |
|---|---|---|
| ABDUR RAZAKAH, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-2370 (EGS) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) | |
| Respondents. | ) ) ) | |
| ABD AL RAHMAN ABDULLAH AL HALMANDY, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-2385 (RMU) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) | |
| Respondents. | ) ) ) | |
| THABID, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-2398 (ESH) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) | |
| Respondents. | ) ) ) | |

|  |  |  |
|---|---|---|
| ALKHADR ABDULLAH AL YAFIE, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-2399 (RJL) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) | |
| Respondents. | ) ) ) | |

### RESPONDENTS' OPPOSITION TO MOTIONS FOR EXTENSION OF TIME

Respondents hereby oppose petitioners' motions for extension of time to respond to respondents' July 7, 2006 Motion for Procedures Related to Review of Certain Detainee Materials and Request for Expedited Briefing ("July 7, 2006 Motion"). The motions for extension of time seek extensions until August 7, 2006 (*see Al Qahtani*, dkt. no. 23; *Al Halmandy*, dkt. no. 7); August 11, 2006 (*see Khan*, dkt. no. 35)[1]; August 18, 2006 (*see Ghanem*, dkt. no. 20); August 25, 2006 (*see Razakah*, dkt. no. 30); or seek indefinite extensions (*see Thabid*, dkt. no. 13; *Al Yafie*, dkt. no. 21).[2] Respondents oppose these motions for extension of time for the reasons explained in respondents' opposition to similar motions for extension of

---

[1] The motion in *Khan* was incorrectly (and apparently inadvertently) characterized as unopposed. In fact, respondents oppose the motion.

[2] Petitioners' counsel in *Thabid* and *Al Yafie* appear to request an extension because they are unsure whether materials impounded would include legal materials since counsel have not supplied such materials to petitioners. As noted in the July 7, 2006 Motion, examination of the impounded documents is currently awaiting the Court's consideration of the July 7, 2006 Motion. *See* July 6, 2006 Motion at 12; *id.*, Ex. B ¶ 5. Respondents, however, are willing to withdraw their July 7, 2006 Motion with respect to petitioners if counsel do not believe that potentially privileged attorney-client communications would be contained in any impounded materials. We are in communication with counsel in *Thabid* and *Al Yafie* regarding this matter.

time filed in *Al-Khalaqi v. Bush, Jamilovich v. Bush,* and *Mohammon v. Bush*. A copy of respondents' opposition in those cases is attached hereto as Exhibit 1 and incorporated herein.

As explained in Exhibit 1, proceeding with briefing subject to the varied and divergent schedules of counsel in the Guantanamo detainee *habeas* cases, or the schedules for visits with detainees at Guantanamo by individual counsel – a matter necessarily limited by logistical considerations as to the number of counsel who can be accommodated at Guantanamo for visits – could result in unwarranted and unreasonable delay in resolution of the July 7, 2006 Motion and concomitant delay of the investigation that is the subject of the Motion. Such delays are intolerable and inappropriate given the purpose of the investigation, that is, to comprehend the existence of and mechanisms for detainee planning of suicide attempts at Guantanamo, both in the past and, possibly, in the future, with goal of disrupting those mechanisms.

Accordingly, as explained in Exhibit 1, the Court should deny the pending requests for extension of time in the above-captioned cases and set a coordinated and consistent schedule for briefing and consideration of respondents' July 7, 2006 Motion. Respondents' request that petitioners be required to submit a response to the July 7, 2006 Motion by July 26, 2006, with any reply by respondents filed by July 31, 2006. Such a schedule would permit completion of the briefing on the July 7, 2006 Motion and make the matter ripe for resolution by the end of July 2006. To the extent petitioners' counsel would assert that such a schedule would result in a logistical hardship for them, the Court could explicitly permit petitioners' counsel to adopt responses to the Motion that have already been filed in many other cases.[3]

For these reasons, the Court should deny, in part, the pending requests for extension of

---

[3] Indeed, petitioners in *Al Hamandy* and *Al Qahtani* expressly request as an alternative to an extension of time that the Court consider oppositions to the July 7, 2006 Motion filed in other cases. *See Al Qahtani*, dkt. no. 23 at 4 n.1; *Al Halmandy*, dkt. no. 7 at 4 n.1.

time, and enter a coordinated and consistent schedule for briefing on the July 7, 2006 Motion, as discussed above.   A proposed order is submitted herewith.

Dated: July 23, 2006                              Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

      /s/ *Terry M. Henry*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
MARC A. PEREZ
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents