IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

―――――――――――――――――――――― x
                                           :
                                           :
ABD AL RAHMAN ABDULLAH AL                  :
HALMANDY, *et al.*,                        :
                                           :
                    Petitioners,           :
                                           :  No. 05-CV-2385 (RMU)
            v.                             :
                                           :
GEORGE W. BUSH, *et al.*,                  :
                                           :
                    Respondents.           :
                                           :
―――――――――――――――――――――― x

**MOTION TO WITHDRAW PETITION AS
TO PETITIONER ABDO ALI AL HAJ (ISN #1457)**

Petitioner Abdo Ali Al Haj (ISN #1457), by and through his undersigned counsel, respectfully submits this motion to withdraw the petition for a writ of *habeas corpus* filed on his behalf in the above-captioned case.[1] Respondents have identified Petitioner Abdo Ali Al Haj as "Abdu Ali Al Haji Sharqawi" with ISN "1457" on the publicly-available May 15, 2006 list of individuals detained by the Department of Defense at Guantanamo between the period from January 2002 and May 15, 2006. Respondents have also identified Petitioner Abdo Ali Al Haj as "Shargowi LNU" with ISN "1457," who has a duplicate *habeas* claim pending in *Mohammon v. Bush*, No. 05-2386 (RBW), and in the above-captioned case. *See* Exhibit B to Respondents' Status Report, *Mohammon v. Bush*, No. 05-2386 (RBW) (dkt. no. 109).

―――――――――――――――

[1] This motion is filed solely on behalf of Petitioner Abdo Ali Al Haj, and in no way impacts the claims filed on behalf of the other petitioners in this case.

Accordingly, because Petitioner Abdo Ali Al Haj currently has two duplicate *habeas* requests for relief pending, he respectfully moves to withdraw the petition filed on his behalf in the above-captioned case so that he may proceed under the petition filed in *Mohammon*. Although the petition in this case was filed before the petition in *Mohammon*, Petitioner Abdo Ali Al Haj seeks to proceed under the *Mohammon* petition for two reasons. First, he is already represented in *Mohammon* by the law firm of Sutherland Asbill & Brennan LLP. Second, once the petition in this case is withdrawn as to Petitioner Abdo Ali Al Haj, the Amended Protective Order will be entered in *Mohammon* as to him, and he will be permitted access to his counsel who are in the process of scheduling a visit to Guantanamo Bay to meet with him. *See* Order, *Mohammon v. Bush*, No. 05-2386 (RBW) (June 27, 2006). Moreover, because Respondents have not yet responded to petition in this case, they would not be prejudiced by the withdrawal of the petition here solely as to Petitioner Abdo Ali Al Haj.

Dated:   New York, New York
         August 14, 2006

>                            Respectfully submitted,
>
>                            Counsel for Petitioners:
>
>                            /s/ Barbara Olshansky
>                            Barbara Olshansky (NY-0057)
>                            Gitanjali S. Gutierrez (Pursuant to LCvR 83.2(g))
>                            CENTER FOR CONSTITUTIONAL RIGHTS
>                            666 Broadway, 7th Floor
>                            New York, New York 10012
>                            Tel: (212) 614-6439
>                            Fax: (212) 614-6499