IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

―――――――――――――――――――――――――― x
                                                        :

ABD AL RAHMAN ABDULLAH AL      :
HALMANDY, *et al.*,                       :

                Petitioners,         :
                                          :  No. 05-CV-2385 (RMU)
                v.                           :

GEORGE W. BUSH, *et al.*,          :

                Respondents.   :

―――――――――――――――――――――――――― x

**MOTION TO WITHDRAW PETITION
AS TO PETITIONER SAIF (ISN #46)**

       Petitioner Saif (ISN #46), by and through his undersigned counsel, respectfully submits this motion to withdraw the petition for a writ of *habeas corpus* filed on his behalf in the above-captioned case.[1]  Respondents have identified Petitioner Saif as "Sayf Bin Abdallah" with ISN "46" on the publicly-available list of individuals detained by the Department of Defense between January 2002 and May 15, 2006.  Respondents have also identified Petitioner Saif as "Saif Ullah" with ISN "46," who is from Tunisia and has a duplicate petition pending in *Mohammon v. Bush*, No. 05-2386 (RBW).  *See* Exhibit B to Respondents' Status Report, *Mohammon v. Bush*, No. 05-2386 (RBW) (dkt. no. 109).

       Accordingly, because Petitioner Saif currently has two duplicate petitions pending, he respectfully moves to withdraw the petition filed on his behalf in this case, *Al

---

[1] This motion is filed solely on behalf of Petitioner Saif, and in no way impacts the claims filed on behalf of the other petitioners in this case.

*Hamandy v. Bush*, No. 05-CV-2385 (RMU), so that he may proceed under the petition filed in *Mohammon*. Although the petition in this case was filed before the petition in *Mohammon*, Petitioner Saif seeks to proceed under the *Mohammon* petition for two reasons. First, he is already represented in *Mohammon* by the law firm of Berman & Owell. Second, once Petitioner Saif's petition in this case is withdrawn, the Amended Protective Order will be entered in *Mohammon* for him, and he will be permitted access to his counsel who are in the process of scheduling a visit to Guantanamo Bay to meet with him. *See* Order, *Mohammon v. Bush*, No. 05-2386 (RBW) (June 27, 2006). Moreover, because Respondents have not yet responded to the petition in this case, they would not be prejudiced by the withdrawal of this individual petition. .

Dated:   New York, New York
         August 24, 2006

                                          Respectfully submitted,

                                          Counsel for Petitioners:

                                          /s/ Barbara Olshansky
                                          Barbara Olshansky (NY-0057)
                                          CENTER FOR CONSTITUTIONAL RIGHTS
                                          666 Broadway, 7th Floor
                                          New York, New York 10012
                                          Tel:  (212) 614-6439
                                          Fax:  (212) 614-6499