IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABD AL RAHMAN ABDULLAL AL HALMANDY, *ET AL.*, <br><br> Petitioners/Plaintiffs, <br><br> v. <br><br> GEORGE W. BUSH, President of the United States, *et al.*, <br><br> Respondents/Defendants. | CA No. 05-2385 (RMU) |

## NOTICE OF APPEARANCE OF COUNSEL FOR PETITIONER MUHAMMED SAAD IQBAL MADNI, ISN NO. 743

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Richard L. Cys and James P. Walsh of the law firm Davis Wright Tremaine LLP hereby appear in this matter as co-counsel of record with J. Wells Dixon of the Center for Constitutional Rights for Muhammed Saad Iqbal Madni, ISN No. 743, a citizen of Pakistan held as a detainee at Guantanamo Bay, Cuba. Attached as Exhibit 1 to this Notice is a copy of the authorization of counsel for this detainee.

Dated: January 30, 2007

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

/s/
_____
Richard L. Cys (DC Bar No. 087536)
1500 K Street, NW, Suite 450
Washington, DC 20005-1272
Tel: (202) 508-6617
Fax: (202) 508-6699

James P. Walsh (DC Bar No. 930115)
505 Montgomery Street, Suite 800
San Francisco, CA 94111
Tel: (415) 276-6556
Fax: (415) 276-6599

*Counsel for Petitioner*

*Of Counsel:*

J. Wells Dixon
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6423
Fax: (212) 614-6499

## CERTIFICATE OF SERVICE

      I, Richard L. Cys, hereby certify at on this 30th day of January, 2007, I caused copies of the foregoing Notice of Appearance to be served on each of the Respondents or their counsel as follows:

*By Express Mail:*

Jeffrey A. Taylor
U.S. Attorney
District of Columbia District
Judiciary Center
555 4th Street, N.W.
Washington, DC 20530

Alberto R. Gonzales
Attorney General of the United States
U.S. Department of Justice
Robert F. Kennedy Building
Tenth Street & Constitution Avenue, N.W.
Room 5111
Washington, DC 20530

George W. Bush
President of the United States of America
The White House
1600 Pennsylvania Avenue, N.W.
Washington, DC 20500

Robert M. Gates
Secretary of Defense
U.S. Department of Defense
1000 Defense Pentagon
Washington, DC 20301-1000

*By email to:*

Nicholas A. Oldham
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
e-mail: Nicholas.Oldham@usdoj.gov


          /s/
Richard L. Cys