# EXHIBIT 1

## Authorization

Please return to:
Center for Constitutional Rights
ATTN: Gita Gutierrez
666 Broadway, 7th Floor
New York, NY 10012

Date: 21-06-2006

My name is Mohammad Sharief. I am acting as next friend for my Cousin, whose name is Qari Saad Iqbal a citizen of Pakistan who is being held in Guantánamo Bay.

I know that he would want me to act on his behalf to secure legal representation for him. I hereby authorize my counsel Atif Ali Khan Advocate, along with Gita Gutierrez and Bill Goodman of the *Center for Constitutional Rights* and any person assigned by these lawyers to act on my behalf and on my relative's behalf, to secure any documents and information concerning my relative that are necessary for his defense, and to seek whatever redress they believe to be in his best interests, in the Courts of the United States and in any other legal forum available.

Signature: [signature]
Print Name: Hafiz Mohammad Sharief

Witnessed by: [signature]
Print Name: Qari Mohamad Hanif

PRIVILEGED & CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATIONS

Next Friend Contact Information

Name: _Mohamad Shalief_

Relative(s) held in Guantánamo: _Qasi Saad Iqbal_

Contact Information (this will only be shared with attorneys from the *Center for Constitutional Rights* and co-counsel)

Mailing Address: _Qasi Mohammad Sharif_
_House No. E-174,_
_Street No. 7, Block A, Abshat Colony, Lahore Cost._

Phone: _0092 42 5728349,_

Mobile: _0300-4177574, 0321-4530930_

Fax: _042-6681969,_

Email: _dawoodgee@gmail.com_

Language(s) spoken by Next Friend: _Urdu, English, Punjabi, Arabic_

Language(s) spoken by relative(s) held in Guantánamo: _Urdu, Punjabi_

Date: _21-06-2006_

In-take by: _____