UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | **Misc. No. 08-442 (TFH)** |
| **GUANTANAMO BAY** ) | |
| **DETAINEE LITIGATION** ) | **Civil Action No. 05-2385 (RMU)** |
| ) | |

**APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter the appearance of Lisa B. Zycherman as counsel in this case for Muhammed Saad Iqbal Madni.

Dated this 3rd day of July, 2008.

Respectfully submitted,

/s/ Lisa B. Zycherman
Lisa B. Zycherman
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue, N.W.
Suite 200
Washington, D.C. 20006-3402
Tel.:   (202) 973-4280
Fax:   (202) 973-4480
Email: lisazycherman@dwt.com
Bar No.: 495277