# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | **Misc. No. 08-442 (TFH)** |
| **GUANTANAMO BAY** ) | |
| **DETAINEE LITIGATION** ) | **Civil Action No. 05-2385 (RMU)** |
| _____ ) | |

## APPEARANCE

To the Clerk of this court and all parties of record:

Please enter the appearance of James P. Walsh as counsel in this case for Muhammed Saad Iqbal Madni.

Dated this 8th day of July, 2008.

Respectfully submitted,

     /s/ James P. Walsh
James P. Walsh
Davis Wright Tremaine LLP
505 Montgomery Street
Suite 800
San Francisco, CA  94111-6533
Tel.:   (415) 276-6500
Fax:    (415) 276-6599
Email: budwalsh@dwt.com
Bar No.: 930115