# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE:<br><br>**GUANTÁNAMO BAY<br>DETAINEE LITIGATION** | Misc. No. 08-442 (TFH) |
| AL HALMANDY, *et al.*,<br><br>　　　　　Petitioners,<br><br>　　v.<br><br>BUSH, *et al.*,<br><br>　　　　　Respondents. | No. 05-CV-2385 (RMU) |

## NOTICE OF VOLUNTARY WITHDRAWAL AS TO PETITIONERS
## MUHAMMAD NUR UTHMAN MUHAMMAD AND ABDULRAHMAN

　　Petitioners Muhammad Nur Uthman Muhammad a/k/a Noor Uthman Muhammaed (ISN 707), and Abdulrahman a/k/a Abdul Rahman Ahmed (ISN 441),[1] by and through their undersigned counsel, respectfully submit this notice of voluntary withdrawal of their claims for relief in the petition for a writ of *habeas corpus* filed on their behalf in the above-captioned case.

---

[1] 　　There are two "Abdulrahman" petitioners listed on the habeas corpus petition in this case; we refer here only to the second, a Yemeni national, described in ¶ 47 of the petition, and not the Afghan citizen described in ¶ 4 of the petition.
　　This Notice is filed solely on behalf of Petitioners Muhammad Nur Uthman Muhammad and Abdulrahman, and in no way impacts the claims filed on behalf of the other petitioners in this case.

Both Petitioners have duplicate *habeas* claims pending in *Mohammon v. Bush*, No. 05-CV-2386 (RBW). Respondents consent to the withdrawal of the petition in this case as to these two named petitioners.

Dated:   New York, New York
         July 17, 2008

>                           Respectfully submitted,
>
>                           _____/s/_____
>                           Shayana D. Kadidal (D.C. Bar No. 454248)
>                           CENTER FOR CONSTITUTIONAL RIGHTS
>                           666 Broadway, 7th Floor
>                           New York, New York 10012
>                           Tel:  (212) 614-6438
>                           Fax:  (212) 614-6499
>
>                           *Counsel for Petitioners*