IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
IN RE:                             )
                                   )   Misc. No. 08-442 (TFH)
GUANTANAMO BAY                     )
DETAINEE LITIGATION                )
_____)   Civil Action No. 05-CV-2385 (RMU)

**NOTICE OF TRANSFER OF PETITIONER AND WITHDRAWAL OF REQUEST FOR
DESIGNATION OF CERTAIN INFORMATION AS PROTECTED INFORMATION**

Respondents hereby provide notice that the United States has relinquished custody of petitioner Muhammed Saad Iqbal Madni (ISN 743) and transferred him to the control of the Government of Pakistan.

In the Stipulation and Order filed with the Court under seal on August 20, 2008, the parties agreed that, pursuant to the protective orders entered by the Court's Order of July 29, 2008, Respondents' Notice Pursuant To The Court's July 10, 2008 Order (filed under seal on August 13, 2008), as well as the Stipulation and Order, would be designated as "protected information" pending notice by respondents of completion of the transfer of petitioner to Pakistan. Accordingly, the transfer having taken place, respondents hereby withdraw their request to have the Notice and Stipulation and Order treated as protected information.[1]


Dated: September 2, 2008            Respectfully submitted,

                                    GREGORY G. KATSAS
                                    Assistant Attorney General

---

[1] Consistent with this withdrawal, respondents have no objection to the Notice and Stipulation and Order being unsealed and placed on the public record.

JOHN C. O'QUINN
Deputy Assistant Attorney General

 /s/ *Andrew I. Warden*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar 347518)
TERRY M. HENRY
ANDREW I. WARDEN (IN Bar No. 23840-49)
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 616-5084
Fax:  (202) 616-8470

Attorneys for Respondents