# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AL HALMANDY, *et al.* | ) | |
| Petitioners, | ) ) ) | |
| v. | ) | Civil Action No. 05-2385 (ESH) |
| BARACK OBAMA, *et al.*, | ) ) | (Mohammed, ISN 570) |
| Respondents. | ) ) ) ) | |

## ORDER

Upon consideration of respondents' Motion for an Extension of Time to File a Motion to Amend the Statement of Material Facts [Dkt. 367] and the opposition thereto, the Court will deny the motion in part and order that the motion be filed by 9:00 a.m. on October 1, 2009, so that the parties will be in a position to address the pending motion to compel on October 2, 2009. This motion was due on September 21 and additional delay would only continue to prejudice petitioner.

S O ORDERED.

                                                                                            /s/
                                                ELLEN SEGAL HUVELLE
                                                United States District Judge

DATE:  September 23, 2009